957 A.2d 227

Ronald SMITH, Petitioner

v.

CLERK OF COURT, PCRA Unit of the Court of Common Pleas Philadelphia County, Respondent.

No. 68 EM 2008.

Supreme Court of Pennsylvania.

Sept. 23, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

957 A.2d 228

Darren Antwione BARBER, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent.

No. 70 EM 2008.

Supreme Court of Pennsylvania.

Sept. 23, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of September, 2008, the Petition to File Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**